UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RACHEL HEATHER HEARNE, | Case No.: 3:21-cv-01101-MC |
| Plaintiff(s), | |
| v. | ORDER – EQUAL ACCESS TO JUSTICE ACT AWARD OF FEES |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | |
| Defendant(s). | |

Attorney fees in the amount of $3,403.08 are hereby awarded to Plaintiff pursuant to the Equal Access To Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Attorney Victoria B. Chhagan's address: 1904 Third Ave., Suite 1030, Seattle, WA 98101. In accordance with the fee assignment which Plaintiff has signed, payment shall be made in Attorney Victoria B. Chhagan's name if no debt subject to offset exists.

DATED this  17th  day of   August         ,  2022 .

                           s/Michael J. McShane
                          Michael J. McShane
                          United States District Court or Magistrate Judge

Submitted on August 16, 2022

s/ Attorney Victoria B. Chhagan